```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05518
    SARAH V WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6739

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/28/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was complete no cert/debt ed 12/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
FRANKLIN CREDIT MANAGEME  CURRENT MORTG         .00           .00           .00
FRANKLIN CREDIT MANAGEME  MORTGAGE ARRE         .00           .00           .00
ILLINOIS TITLE LOANS      SECURED NOT I    NOT FILED          .00           .00
ILLINOIS TITLE LOANS      UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY            1948.60         .00        1948.60
AR RESOURCES              UNSECURED        NOT FILED          .00           .00
ACTION CARD VISA PLATINU  UNSECURED        NOT FILED          .00           .00
EMMA J HAYWORD            NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE               UNSECURED             .00           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED           4281.71         .00        4281.71
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        84.00          .00          84.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,297.50                    3,297.50
TOM VAUGHN                TRUSTEE                                         664.67
DEBTOR REFUND             REFUND                                        1,118.52

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            11,395.00

PRIORITY                                      2,032.60
SECURED                                            .00
UNSECURED                                     4,281.71
ADMINISTRATIVE                                3,297.50
TRUSTEE COMPENSATION                            664.67
DEBTOR REFUND                                 1,118.52
                   --------------         --------------
TOTALS             11,395.00                 11,395.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05518 SARAH V WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 05518 SARAH V WILLIAMS