```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05518
    SARAH V WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6739

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/28/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
FRANKLIN CREDIT MANAGEME  CURRENT MORTG         .00            .00            .00
FRANKLIN CREDIT MANAGEME  MORTGAGE ARRE         .00            .00            .00
ILLINOIS TITLE LOANS      SECURED NOT I   NOT FILED            .00            .00
ILLINOIS TITLE LOANS      UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          1948.60            .00        1948.60
AR RESOURCES              UNSECURED       NOT FILED            .00            .00
ACTION CARD VISA PLATINU  UNSECURED       NOT FILED            .00            .00
EMMA J HAYWORD            NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE               UNSECURED             .00            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         4281.71            .00        4281.71
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       84.00            .00          84.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,297.50                       3,297.50
TOM VAUGHN                TRUSTEE                                           664.67
DEBTOR REFUND             REFUND                                          1,118.52

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              11,395.00

PRIORITY                                        2,032.60
SECURED                                              .00
UNSECURED                                       4,281.71
ADMINISTRATIVE                                  3,297.50
TRUSTEE COMPENSATION                              664.67
DEBTOR REFUND                                   1,118.52
                     --------------        --------------
TOTALS               11,395.00                 11,395.00



                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05518 SARAH V WILLIAMS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE